## UNITED STATES of America, Plaintiff–Appellee,

v.

## Charles Arthur THOMAS, Defendant–Appellant.

### No. 11–15289
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 6, 2012.

Carlos A. Williams, Fred W. Tiemann, Federal Defender's Office, Mobile, AL, for Defendant–Appellant.

Daryl Alsabrook Atchison, Kenyen Ray Brown, Donna Barrow Dobbins, Steven E. Butler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, counsel for Charles Arthur Thomas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Thomas's conviction and sentence are **AFFIRMED.**